ISIDORE SILBERBERG, Respondent, v. BEROCT REALTY CORPORATION and Others, Defendants, and RUTLAND ROAD REALTY Co., INC., Appellant.— Order confirming report of referee in surplus money proceedings and directing the payment thereof to the plaintiff affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Johnston and Taylor, JJ., concur.

SMITH PAPER, INC., Appellant, v. AEROVOX CORPORATION, Respondent.— In an action for goods sold and delivered, order denying plaintiff's motion for a bill of particulars as to certain items of defendant's defenses and counterclaims modified so as to direct such bill of particulars as to items 9, 16, 17, 18 and 19, specified in plaintiff's notice of motion. As so modified, the order is affirmed, in so far as appealed from, with ten dollars costs and· disbursements to appellant; the bill of particulars to be served within ten days from the entry of the order herein. In our opinion, these items were proper subjects for a bill of particulars, |and plaintiff's motion as to them should have been granted. Lazansky, P. J., Young, Hagarty, Johnston and Taylor, JJ., concur.

EDWARD J. SULLIVAN, Appellant, v. E. VINCENT CURTAYNE, Respondent.— Order denying plaintiff's motion to strike from the answer the first separate defense on the ground that it does not constitute a defense to the action in that the jurisdiction of the United States District Court cannot be attacked collaterally affirmed, with ten dollars costs and disbursements. For the purposes of this motion, we must deem the allegations of the defense to be true and that the plaintiff did· not reside or have his domicile or principal place of business within the jurisdictional limits of the United States District Court for the Southern District of New York. These allegations, if denied, present a triable issue of fact, the burden of proving which, of course, is upon the defendant. (*O'Donoghue* v. *Boies*, 159 N. Y. 87, 98, 99; *Chemung Canal Bank* v. *Judson*, 8 id. 254; *Poillon* v. *Lawrence*, 77 id. 207.) Young, Hagarty, Johnston and Taylor, JJ., concur; Lazansky, P. J., dissents.